1710-13

## ELECTRONIC RECORD

COA # 14-12-00874-CR

OFFENSE: Aggravated Sexual Assault

STYLE: Miguel Angel Sanchez v The State of Texas

COUNTY: Harris

COA DISPOSITION: Affirmed as Reformed

TRIAL COURT: 208th District Court

DATE: 11/14/2013     Publish:No

TC CASE #: 1315362

## IN THE COURT OF CRIMINAL APPEALS

1710-13

STYLE: Miguel Angel Sanchez v The State of Texas     CCA # _____

_____ State's _____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

granted & remanded

DATE: April 16, 2014

JUDGE: PC

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____     PC: _____

PUBLISH: _____     DNP: _____

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____